IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| **VICTORIA SETHUNYA,** | |
| Plaintiff, | **ORDER ADOPTING REPORT & RECOMMENDATION** |
| v. | |
| **WEBER STATE UNIVERSITY, et al.,** | Case No. 1:08CV163DAK |
| Defendants. | |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge David Nuffer under 28 U.S.C. § 636(b)(1)(B). Defendants Weber State University, Ann Millner, Jan Winniford, Richard Hill, Morteza Emani, Karen Garcia, Jeffrey Hurst, John Allred, Mark Simpson, Christopher Reviera, and Bret Ellis filed motions to dismiss. On October 20, 2009, Magistrate Judge Nuffer issued a Report and Recommendation, recommending that Defendants motions to dismiss be granted.

The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation was required to be filed within ten days of receiving it. Plaintiff filed an Objection to the Report and Recommendation on November 4, 2009, amended objections on November 6, 2009, and second amended objections on November 10, 2009. The court notified the parties that it would consider each of these objections. Defendants filed a response to the objections on November 10, 2009.

The court has reviewed the file *de novo*. The court does not believe that anything raised

in Plaintiff's objections would change the legal analysis in the Report and Recommendation. The court approves and adopts the Magistrate Judge's Report and Recommendation in its entirety.  Accordingly, Defendants' motions to dismiss are GRANTED.  The other motions filed in connection with the motions to dismiss are, therefore, MOOT.  The Clerk's of Court is directed to close the case, which each party to bear his, her, and its own fees and costs.

    DATED this 19th day of November, 2009.

                                      BY THE COURT:

                                      _____
                                      DALE A. KIMBALL
                                      United States District Judge